| | |
|---|---|
| 1 | ROBERT S. STERN (CA SBN 68240) |
| | RStern@mofo.com |
| 2 | TRITIA M. MURATA (CA SBN 234344) |
| | TMurata@mofo.com |
| 3 | MEGAN T. LOW (CA SBN 265497) |
| | MLow@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| 5 | 555 West Fifth Street, Suite 3500 |
| | Los Angeles, California 90013-1024 |
| 6 | Telephone: (213) 892-5200 |
| | Facsimile: (213) 892-5454 |
| 7 | |
| 8 | Attorneys for Defendant |
| | FIA CARD SERVICES, N.A.    CLOSED |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE D. RUTHERFORD, individually and on behalf of other similarly situated individuals, | Case No. CV 11-04433 DDP (MANx) |
| Plaintiff, | **JUDGMENT** |
| v. | Hearing Date: February 4, 2013<br>Hearing Time: 10:00 a.m. |
| FIA CARD SERVICES, N.A. (Bank of America), ALASKA AIRLINES, INC. and HORIZON AIR INDUSTRIES, INC., | Judge: Hon. Dean D. Pregerson<br>Courtroom: 3 (Spring)<br><br>[LINK TO DOCKET NUMBER 77] |
| Defendants. | |

[Proposed] Judgment
la-1193533

# JUDGMENT

The Court hereby enters judgment in favor of Defendants FIA Card Services, N.A., Alaska Airlines, Inc., and Horizon Air Industries, Inc. and against Plaintiff Terrance D. Rutherford for the reasons set forth in the Court's order granting Defendants' Motions to Dismiss First Amended Complaint (Dkt. No. 75) and denying Plaintiff's Motion for Reconsideration (Dkt. No. 76).

**IT IS HEREBY ORDERED** that Plaintiff take nothing from this action and that the action be dismissed with prejudice.

Dated: January 29, 2013

*/s/ Dean D. Pregerson*

Hon. Dean D. Pregerson